**SO ORDERED.**

**SIGNED this 17 day of June, 2009.**



_____
          **ROBERT E. NUGENT**
   **UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS AT WICHITA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Christina Wilson, *Debtor* ) | |
| ) | Case No. 09-10629-ren |
| U.S. Bank, N.A., by US Bank Home Mortgage (KY), loan ) | |
| servicing agent for *Moving Creditor* ) | Chapter: 7 |
| ) | |
| vs. ) | |
| ) | |
| Christina Wilson, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Linda S. Parks, *Trustee* ) | |
| ) | |

### ORDER GRANTING RELIEF FROM STAY

     **THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., by US Bank Home Mortgage (KY), its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"), for its Motion for Relief. Notice with Opportunity of Hearing on the motion was properly given, no timely objections were filed, and no hearing was held on the matter.

     **IT IS THEREFORE BY THE COURT ORDERED** that U.S. Bank, N.A., by US Bank Home Mortgage (KY), its subsidiaries, affiliates, predecessors in interest, successors or

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage (KY) v. Christina Wilson
Case No. 09-10629-ren
Chapter 7
Order Granting Relief From Stay
Page 2

assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 to foreclose the lien of its mortgage as to the real property legally described as

> **Lot 21, Block 1, HARPERS 2ND ADDITION to Wichita, Sedgwick County, Kansas.,** commonly known as 1332 West Lydia Street, Wichita, KS 67213,

and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the promissory note and mortgage, including enforcing rights to possession of the premises under the terms of the promissory note and mortgage in accordance with applicable non-bankruptcy state law, and

**IT IS SO ORDERED.**

###

SOUTH & ASSOCIATES, P.C.
  _s/ Courtney K. Blasi_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Courtney K. Blasi, (MBE #60506; KS #78129)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**